# United States Court of Appeals
# for the Fifth Circuit

———————————

No. 22-30318
Summary Calendar

———————————

United States of America,

*Plaintiff—Appellee*,

*versus*

Arthur Johnson,

*Defendant—Appellant*.

———————————————————

Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 2:18-CR-109-1

———————————————————

United States Court of Appeals
Fifth Circuit

**FILED**
August 17, 2023

Lyle W. Cayce
Clerk

Before King, Graves, and Duncan, *Circuit Judges*.

Per Curiam:[*]

 The attorney appointed to represent Arthur Johnson has moved for leave to withdraw and has filed an original brief and a supplemental brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Johnson has not filed a response. We have reviewed counsel's briefs and the relevant portions of the record

———————————————

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 22-30318

reflected therein. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED. *See* 5TH CIR. R. 42.2.